

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MICHAEL NORMAN MATTESON | CIVIL ACTION NO. 11-cv-1911 |
| VERSUS | JUDGE STAGG |
| TOWN OF VIVIAN | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Town of Vivian's Motion to Dismiss (Doc. 8) is **granted**, and all federal law claims asserted in Plaintiff's petition are **dismissed with prejudice.**

**IT IS FURTHER ORDERED** that this court declines to exercise supplemental jurisdiction over the remaining state law claims and remands them to the First Judicial District Court, Caddo Parish, Louisiana, where this case was pending as Civil Action No. 554544.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 25th day of July, 2012.

TOM STAGG
UNITED STATES DISTRICT JUDGE